IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    v.                                            Case No. 1:25-cr-00031-JLS-MJR

ANDRES J. PIZARRO CAMPOS,
                      Defendant.

_____

## MOTION FOR AN EXTENSION OF TIME TO
## FILE DEFENDANT'S PRETRIAL MOTIONS

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Paul A. Guerrieri, Esq., attorney for the Defendant, the undersigned hereby moves this Court for an extension of time to file pretrial motions.

DATED:  January 5th, 2026

                                                                     s/Paul A. Guerrieri
                                                                     Paul A. Guerrieri, Esq.
                                                                     Attorney for Andres Pizarro-Campos
                                                                     2526 Browncroft Blvd.
                                                                     Rochester, NY 14625
                                                                     (585) 360-1254
                                                                     Paul@PaulGLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.                                                 Case No. 1:25-cr-00031-JLS-MJR

ANDRES J. PIZARRO CAMPOS,
                Defendant.
_____

## AFFIRMATION

STATE OF NEW YORK )
COUNTY OF MONROE ) SS:
TOWN OF PENFIELD   )

**PAUL A. GUERRIERI, ESQ.**, affirms under penalty of perjury that:

1. I am the attorney for the Defendant in the above-captioned matter. This Affirmation is submitted in support of Defendant's motion for an extension of time to file pretrial motions.

2. The deadline for filing pretrial motions on this matter is January 12th, 2026. I was assigned to represent the defendant on October 29th, 2025, and subsequently received discovery from the Government on November 19th, 2025. Since then, I have been diligently working through the discovery on this matter while remaining in contact with Assistant United States Attorney Joshua Violanti.

3. Just prior to the Christmas Holiday, AUSA Violante provided me with a redacted version of limited discovery that I could provide to and go over with my client to comply with the terms of the Court's Protective Order. Unfortunately, due to the inclement weather in Western New York, in particular Erie and Chautauqua Counties, the latter of which being where my client is currently housed, I have been unable to visit my client to discuss and review the aforementioned limited discovery together.

4. Given my inability to visit and review the limited redacted version of discovery with my client, as well as me still working through the vast amount of discovery provided to me on November 19th, 2025, I am respectfully requesting a sixty (60) day extension of time to file pretrial motions in this matter.

5. I have spoken with AUSA Violanti, and he has no objection to my request for additional time to file. He further agreed that sixty (60) days was an appropriate extension given the short duration that I have been representing the defendant in this matter.

6. Based upon the foregoing, and without objection from AUSA Violanti, Deponent respectfully requests a sixty (60) day extension of time to file motions, or any other relief this Court deems just and proper.

Date:  January 5th, 2026

s/Paul A. Guerrieri
Paul A. Guerrieri, Esq.
Attorney for the Andres Pizarro-Campos
2526 Browncroft Blvd.
Rochester, NY 14625
(585) 360-1254
Paul@PaulGLaw.com