IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA,

      v.                                    25-CR-31-JLS

MAX PIZARRO CAMPOS,

           Defendant.

———————————————————————————

### NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Joshua A. Violanti, Assistant United States Attorney, the undersigned hereby moves this Court for leave to file an oversized response to the defendant's pretrial motions.

DATED:  Buffalo, New York, July 2, 2026.

                               MICHAEL DIGIACOMO
                               United States Attorney

            BY:    s/JOSHUA A. VIOLANTI
                    Assistant United States Attorney
                    United States Attorney's Office
                    Western District of New York
                    138 Delaware Avenue
                    Buffalo, New York  14202
                    716/843-5864
                    Joshua.Violanti@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                                                    25-CR-31-JLS

MAX PIZARRO CAMPOS,

     Defendant.

_____

## GOVERNMENT'S MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE TO PRETRIAL MOTIONS AND GOVERNMENT'S CROSS-MOTION FOR DISCOVERY

THE UNITED STATES OF AMERICA, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Joshua A. Violanti, Assistant United States Attorney, of counsel, hereby files a motion requesting leave to file an oversized response to the defendant's pretrial motions and government's cross-motion for discovery.

1.     The government is endeavoring to file its respective responses to each of the defendant's pretrial motions.  The defendant has asserted numerous requests and complex arguments for the government to address, including issues pertaining to grand jury matters, bill of particulars, a *Franks* hearing, and a *Miranda* challenge.  Despite efforts to be succinct, the length of the government's response in opposition will likely exceed 25 pages.

2.      Local Rule of Criminal Procedure 49.1(e) states as follows:

Without prior approval of the Court, briefs or memoranda in support of or in opposition to any motion shall not exceed twenty-five pages in length and shall comply with the requirements of Local Rule of Criminal Procedure 49.2. Applications to exceed these page limits shall be made in writing by letter to the Court with copies to all counsel, at least three business days before the date on which the brief must be filed.

3.      The government's response is due on July 6, 2026. The government has consulted with defense counsel, Samuel Yellen, Esq, who indicated that he has no objection to the government filing a response beyond the 25-page limit. The government estimates its response brief will be no more than 102 pages. For all of the foregoing reasons, the government respectfully requests permission to file a response in opposition exceeding 25 pages in length.

DATED: Buffalo, New York, July 2, 2026.

s/JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5864
Joshua.Violanti@usdoj.gov

Sworn to before me this 2nd
day of July, 2026.

s/ELIZABETH HARF
Commissioner of Deeds
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2026

2